

# COURT OF APPEALS

SANDEE BRYAN MARION
   CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
   JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

December 22, 2016

Patricia M. Reyna
Texas RioGrande Legal Aid
1111 N Main Ave.
San Antonio, TX 78212-4713
* DELIVERED VIA E-MAIL *

Joe Albert Rivera
Law Office of Joe A. Gamez
1139 West Hildebrand
San Antonio, TX 78201
* DELIVERED VIA E-MAIL *

RE:  Court of Appeals Number:  04-16-00351-CV
     Trial Court Case Number:  2015-PC-1902
     Style:  In the Estate of Jesus N. Navarro III, Deceased

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
KEITH E. HOTTLE, CLERK

Rosa Gonzalez
Rosa Gonzalez
Deputy Clerk, Ext. 53855



# Fourth Court of Appeals
## San Antonio, Texas

December 22, 2016

No. 04-16-00351-CV

**IN THE ESTATE OF JESUS N. NAVARRO III, DECEASED**,

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2015-PC-1902
Honorable Tom Rickhoff, Judge Presiding

## O R D E R

Appellant has requested an extension of time to file an amended brief to January 5, 2017. This extension of time is granted. **NO FURTHER EXTENTIONS OF TIME WILL BE ALLOWED.**
Appellee's brief shall be filed within 30 days of the date Appellant's brief is filed.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of December, 2016.

_____
Keith E. Hottle
Clerk of Court